IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DON BLACK
ADC #113670                                                    PLAINTIFF

v.                       No. 5:18-cv-197-DPM-JTR

ARKANSAS DEPARTMENT OF
CORRECTION, State of Arkansas;
CORRECT CARE SOLUTIONS,
Medical Services Division, ADC;
CAMPBELL, APN, Medical Services, ADC;
and MOODY, APN, Medical Services, ADC            DEFENDANTS

ORDER

Unopposed partial recommendation, № 6, adopted as modified. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Black's claims against Correct Care Solutions are dismissed without prejudice. And his claims against the Arkansas Department of Correction are dismissed with prejudice. Black may proceed with his § 1983 claims against Campbell and Moody for inadequate and delayed medical care. But Black hasn't alleged any offensive or harmful contact—either actual or threatened. ARKANSAS MODEL JURY INSTRUCTIONS – CIVIL 417 & 418 & Comments (2019) (summarizing Arkansas law). His pendent state tort claims for assault and battery are therefore dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.* (signature)
D.P. Marshall Jr.
United States District Judge

15 March 2019