# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DON BLACK**
**ADC #113670**                                                    **PLAINTIFF**

v.                          **No. 5:18-cv-197-DPM-JTR**

**GERALDINE CAMPBELL, APN,**
**Medical Services, ADC; and TERRI**
**MOODY, APN, Medical Services, ADC**                **DEFENDANTS**

## ORDER

The Court adopts Magistrate Judge Ray's unopposed partial recommendation, *Doc. 39-1*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 23*, denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_20 March 2020_