IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DON BLACK
ADC #113670                                                                           PLAINTIFF

v.                     No. 5:18-cv-197-DPM-JTR

GERALDINE CAMPBELL, APN,
Medical Services, ADC; and TERRI
MOODY, APN, Medical Services, ADC            DEFENDANTS

### ORDER

The Court adopts Magistrate Judge Ray's unopposed partial recommendation, *Doc. 53*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for preliminary injunctive relief, *Doc. 49*, denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 December 2020