IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DON BLACK
ADC #113670     PLAINTIFF

v.     No. 5:18-cv-197-DPM

GERALDINE CAMPBELL, APN,
Medical Services, ADC; and TERRI
MOODY, APN, Medical Services, ADC     DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Ray's unopposed recommendation, *Doc. 64*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 58*, granted. Black's remaining claims will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 August 2021