IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DON BLACK
ADC #113670     PLAINTIFF

v.     No. 5:18-cv-197-DPM

ARKANSAS DEPARTMENT OF
CORRECTION, State of Arkansas;
CORRECT CARE SOLUTIONS,
Medical Services Division, ADC;
GERALDINE CAMPBELL, APN,
Medical Services, ADC; and TERRI
MOODY, APN, Medical Services, ADC     DEFENDANTS

## JUDGMENT

Black's claims against Correct Care Solutions and his pendent state tort claims for assault and battery are dismissed without prejudice. All other claims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

2 August 2021